**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**APR 20 2020**

JEFFREY P. COLWELL
CLERK

Civil Action No.. 19-cv-02860-GPG

(To be supplied by the court)

ANTONIO WOODLEY, pro se _____, Plaintiff

v.

UNITED STATES OF AMERICA _____,

_____,

_____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

**PRISONER COMPLAINT**

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

**A.    PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

Antonio Woodley Fed.Reg.No.:1625-021 ,Federal Correctional Complex,

(Name, prisoner identification number, and complete mailing address)

USP-1, P.O. Box 1033, Coleman, FL 33521-1033

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

_____    Pretrial detainee

_____    Civilly committed detainee

_____    Immigration detainee

_____    Convicted and sentenced state prisoner

✓    Convicted and sentenced federal prisoner

_____    Other: (*Please explain*) _____

**B.    DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:  UNITED STATES OF AMERICA Title 28 U.S.C. §3002(15)(A)

(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes _____ No (*check one*).  Briefly explain:

Federal Actors Were Acting Under Color of Federal Law when they used the garb of official authority to deprive Plaintiff of Eighth Amendment right to be free from Cruel and Unusual Punishments.

Defendant 1 is being sued in his/her ✓ individual and/or ✓ official capacity.

Defendant 2: _____N/A._____

(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  ___ Yes ___ No (*check one*).  Briefly explain:

_____

_____

Defendant 2 is being sued in his/her ___ individual and/or ___ official capacity.

Defendant 3: _____.N/A._____

(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  ___ Yes ___ No (*check one*).  Briefly explain:

_____

_____

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

## C.    JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

____    42 U.S.C. § 1983 (state, county, and municipal defendants)

____    *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

____    Other: (*please identify*) Federal Tort Claims Act ("FTCA")
Title 28 U.S.C. §§ 1346 et seq.; 2671-2680

**D.   STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Eighth Amendment violation of Cruel and Unusual Punishments Clause

Supporting facts: That on or about September 08, 2017, C/os Bell and Tafoya, acting and/or purporting to act under grant of official authority of the Government of the United States, did knowingly, capriciously and with malicious intent, throw Plaintiff into another prisoner at USP Florence, Colorado. When the other prisoner pushed back, Tafoya can be seen on the B Unit downstairs. VICON video surveillance footage of the incident, grabbing hand-cuffed Plaintiff from behind and slamming Plaintiff with all his might onto the concrete.

Plaintiff suffered pain in the shoulder, loss of range of motion in the affected arm, head, neck and back pain and tingling.

No medical care for these afore-mentioned injuries has been provided by the FBOP at either USP Florence, USP Lee County or USP Coleman despite NUMEROUS requests for evaluation and treatment.

After being repeatedly denied administrative remedy forms by Counselor Grisenti in September 2017 and Warden Rodriguez in December 2017, Plaintiff filed TRT-NCR-2019-07047.

There has been NO response(s) to the administrative remedies except the rejection letter at the Warden's level.

C/os Bell and Tafoya were, at all times relevant to this Action, acting as representatives of the Government of the United States.

Counselor Grisenti and Warden Rodriguez were, both, at all times relevant to this Cause of Action, acting as representatives of the Government of the United States.

The FBOP has a duty, imposed by Congress at Title 18 U.S.C. § 4042 to provide for the care and safekeeping of Plaintiff who is a convicted Federal prisoner.

4

### E.    PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? __✓__ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):    this information is unavailable

Docket number and court:    this information is unavailable

Claims raised:

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)    DISMISSED

Reasons for dismissal, if dismissed:    this information is unavailable

Result on appeal, if appealed:    N/A

### F.    ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

__✓__ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

__✓__ Yes ___ No (*check one*)
Plaintiff filed BP-8, BP-9 and BP-10 with the Federal Bureau of Prisons (hereinafter "FBOP") on the above-cited issue(s). All attempts at Administrative Remedy(ies) as contemplated at Program Statement # 1330.17. So Plaintiff filed Administrative Tort Claim TRT-NCR - 2019 - 07047,    5 which was, in like manner, ignored.

## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

Plaintiff seeks:

(1) A Preliminary Injunction enjoining the FBOP to adequately, and faithfully treat ALL Plaintiffs serious medical needs

(2) Compensatory damages award against Defendants, jointly and severally, in their INDIVIDUAL and OFFICIAL capacity(ies) in the amount of one million U.S. dollars ($1,000,000.00)

(3) Punitive damages award against Defendants, jointly and severally in their INDIVIDUAL and OFFICIAL capacity(ies) in the amount of three million U.S. dollars ($3,000,000.00)

(4) All Defendants disciplined in accordance with The Standards of Employee Conduct promulgated by the FBOP or FBOP Program Statement #3420.11, Attachment A ("Table of Offenses")

(5) ANY and ALL other such Relief as this Honorable Court, in its sage estimation, may deem fitting and proper to satisfy the Ends of Justice, agreeable to the /principles and usages of Law.

## H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

by: _____
(Plaintiff's signature)

09 OCTOBER 2019
(Date)
09 April 2020

(Form Revised December 2017)

6



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

---

*Office of the Regional Counsel*

400 State Avenue
Tower II, Suite 800
Kansas City, KS 66101

09-27-2019

ANTONIO WOODLEY, #11625-021
USP COLEMAN I
P.O. BOX 1033
COLEMAN, FL 33521

Re: Administrative Claim for Damages
Claim #:       TRT-NCR-2019-07047·          $  1,000,000.00

Dear Claimant:

This is to notify you of our receipt of your administrative claim for damages under provisions of the <u>Federal Tort Claims Act, Title 28 USC §1346(b), 2671 et. seq.</u>, alleging liability of the United States Government.

Your claim was received on 07-29-2019. The above referenced Act provides that the agency has 6 months to make an administrative determination on your claim from the date such claim was received by the appropriate agency. Accordingly, in the matter of the above referenced claim, the government's response is not due until 01-28-2020.

Regulations that may be pertinent to your claim may be found at Title 28 C.F.R. Part 14 et.seq., and §543.30.  ·

Sincerely,
Richard M. Winter
Regional Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO.

Antonio Woodley,
    Plaintiff, Pro Se,

        V.                                    Civil Action No. :_____

UNITED STATES OF AMERICA
    Defendant.

## AFFIDAVIT OF POVERTY

COMES NOW Antonio Woodley, the Plaintiff, prose, in the above-entitled cause, and states, under penalty of perjury the following:

The Plaintiff is a Federal prisoner confined at Federal Correctional Complex, USP-1, Post Office Box 1033, Coleman, FL 33521-1033.

Plaintiff is unable to pre-pay the costs associated with this Action or to give security thereof.

Plaintiff seeks redress of his grievances against Federal Bureau of Prisons' for violation of his Constitutional rights. This Court has jurisdiction of this Cause under The Federal Tort Claims Act of Title 28 U.S.C. §§ 1346, et seq.; 2671-2680.

Plaintiff contemporaneously files his Motion To Proceed *In Forma Pauperis* and in connection therewith he attaches this Affidavit of Poverty and asks that the Court waive costs based upon his indigency.

Dated: April 9th 2020

                                    Attest True

                                    p/s: ⟋⟍⟍
                                    Mr. Antonio Woodley

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Antonio Woodley,
    Plaintiff, Pro Se,

            v.                                    Civil Action No.:

UNITED STATES OF AMERICA
    Defendant.

### PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*

COMES NOW Antonio Woodley , the Plaintiff, prose, in the above-entitled cause and move this Court to enter its order granting leave to Plaintiff to proceed In Forma Pauperis in this Action.

In connection therewith, the Plaintiff attaches his affidavit of poverty, which is incorporated as if fully set forth herein.

Dated this 9th day of April , 2020

By: the Plaintiff

Mr. Antonio Woodley
Fed. Reg. No.: 11625-021
Federal Correctional Complex
USP-1
Post Office Box 1033
Coleman, FL.
33521-1033

# All Transactions

PRINT

| Inmate Reg #: | 11625021 | Current Institution: | Coleman FCC |
|---|---|---|---|
| Inmate Name: | WOODLEY, ANTONIO | Housing Unit: | COP-M-A |
| Report Date: | 03/20/2020 | Living Quarters: | M02-232U |
| Report Time: | 8:42:53 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 8/28/2019 9:47:16 AM | Sales - No FP (Non-FP Session) | ($5.50) | 46 | | $7.35 |
| 8/14/2019 2:17:07 PM | Sales - No FP (Non-FP Session) | ($8.00) | 92 | | $12.85 |
| 8/2/2019 10:22:03 AM | Phone Withdrawal | ($2.00) | TFN0802 | | $20.85 |
| 7/28/2019 9:11:28 AM | Phone Withdrawal | ($2.00) | TFN0728 | | $22.85 |
| 7/27/2019 1:05:14 PM | Phone Withdrawal | ($2.00) | TFN0727 | | $24.85 |
| 7/26/2019 8:54:37 AM | Phone Withdrawal | ($2.00) | TFN0726 | | $26.85 |
| 7/25/2019 2:39:52 PM | Phone Withdrawal | ($2.00) | TFN0725 | | $28.85 |
| 7/24/2019 9:06:38 AM | Phone Withdrawal | ($2.00) | TFN0724 | | $30.85 |
| 7/22/2019 10:59:54 AM | Phone Withdrawal | ($2.00) | TFN0722 | | $32.85 |
| 7/22/2019 10:19:53 AM | TRUL Withdrawal | $20.00 | TL0722 | | $34.85 |
| 7/16/2019 10:05:34 AM | Sales - No FP (Non-FP Session) | ($3.00) | 82 | | $14.85 |
| 7/3/2019 11:06:15 AM | Sales - Fingerprint | ($21.55) | 47 | | $17.85 |
| 7/1/2019 9:18:36 PM | Phone Withdrawal | ($1.00) | TFN0701 | | $39.40 |
| 7/1/2019 12:36:48 PM | Phone Withdrawal | ($1.00) | TFN0701 | | $40.40 |
| 6/30/2019 4:56:31 PM | Phone Withdrawal | ($1.00) | TFN0630 | | $41.40 |
| 6/29/2019 8:08:49 PM | Phone Withdrawal | ($3.00) | TFN0629 | | $42.40 |
| 6/29/2019 1:13:36 PM | TRUL Withdrawal | $30.00 | TL0629 | | $45.40 |
| 6/29/2019 12:42:01 PM | Phone Withdrawal | ($2.00) | TFN0629 | | $15.40 |
| 6/28/2019 5:19:31 PM | Phone Withdrawal | ($4.00) | TFN0628 | | $17.40 |
| 6/27/2019 5:02:00 PM | Phone Withdrawal | ($3.00) | TFN0627 | | $21.40 |
| 6/26/2019 8:13:53 PM | Phone Withdrawal | ($1.00) | TFN0626 | | $24.40 |
| 6/26/2019 8:11:25 PM | TRUL Withdrawal | $25.00 | TL0626 | | $25.40 |
| 6/25/2019 5:40:54 PM | Phone Withdrawal | ($4.00) | TFN0625 | | $0.40 |
| 6/25/2019 8:49:56 AM | Phone Withdrawal | ($3.00) | TFN0625 | | $4.40 |
| 6/24/2019 9:12:00 PM | Phone Withdrawal | ($1.00) | TFN0624 | | $7.40 |
| 6/24/2019 12:17:23 PM | Phone Withdrawal | ($3.00) | TFN0624 | | $8.40 |
| 6/24/2019 9:08:26 AM | Sales - Fingerprint | ($91.70) | 29 | | $11.40 |
| 6/22/2019 9:06:26 PM | Phone Withdrawal | ($1.00) | TFN0622 | | $103.10 |
| 6/22/2019 10:55:23 AM | Phone Withdrawal | ($2.00) | TFN0622 | | $104.10 |
| 6/21/2019 5:34:08 PM | Phone Withdrawal | ($1.00) | TFN0621 | | $106.10 |
| 6/21/2019 8:48:02 AM | Sales - Fingerprint | ($22.50) | 4 | | $107.10 |
| 6/21/2019 8:01:47 AM | Phone Withdrawal | ($5.00) | TFN0621 | | $129.60 |
| 6/21/2019 7:58:54 AM | TRUL Withdrawal | $100.00 | TL0621 | | $134.60 |
| 6/21/2019 3:17:29 AM | Transfer - In from TRUFACS | $34.60 | TX062119 | | $34.60 |

1 2 3 4

TO: The Clerk of the Court

Do Note for the Record. I Antonio Woodley Requested from Trust Fund Weeks ago inmate Account information. for the month of April 2019 to September 2019, Trust fund Personnel has Refused to send the inmate the much needed info Also Additional Evidence will be sent as soon as I can. Get copies.

Thank You for Your time In this matter.

April 9th 2020    by Antonio Woodley

 itonio Woodley 11625 021 -M-
lesul Correctional Complex I
2. Box 1033
emon Florida 33521

Office of the Clerk
United States District Court
Alfred A. ARRAJ CourtHouse
901-19TH ST., Room A105
DENVER, CO 80294-3589

* SPECIAl *
LEGAl MAiL   80294¢2501 C044